```
 1  PETER P. EDRINGTON, ESQ. (Bar No. 074355)
    DOLORES M. DONOHOE, ESQ. (Bar No. 111432)
 2  EDRINGTON, SCHIRMER & MURPHY
    2300 Contra Costa Blvd., Ste 450
 3  Pleasant Hill, CA  94523
    Telephone:  (925) 827-3300
 4

 5  Attorney for Defendants, TAMALPAIS UNION HIGH
    SCHOOL DISTRICT AND BOARD OF TRUSTEES OF
 6  TAMALPAIS UNION HIGH SCHOOL DISTRICT
    ROBERT FERGUSON, SARAH SCHOENING; ROBERT WALTER,
 7  JOHN WRIGHT, SUSAN SCHMIDT, JILL SAMPSON AND
    RUTH DELL
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ESTHER M. TIMBERLAKE, | CASE NO.: C 07-04129 MHP |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DATE TO COMPLETE EARLY NEUTRAL EVALUATION TO JANUARY 29, 2008** |
| v. | |
| ROBERT FERGUSON, SARAH SCHOENING, TAMALPAIS UNON HIGH SCHOOL DISTRICT, BOARD OF TRUSTEES OF TAMALPAIS UNION HIGH SCHOOL DISTRICT and its Members, ROBERT WALTER, JOHN WRIGHT, SUSAN SCHMIDT, JILL SAMPSON, and RUTH DELL, and DOES 1 through 10, | |
| Defendants. | |

For the reasons set forth in the Declaration of Dolores M. Donohoe, attached hereto, the parties hereby stipulate to extend the date to complete Early Neutral Evaluation to January 29, 2008.

1

STIPULATION AND ORDER TO EXTEND DATE TO COMPLETE EARLY NEUTRAL EVALUATION TO JANUARY 29, 2008

DATED: 1/22/08

EDRINGTON, SCHIRMER & MURPHY

By /s/ Dolores M Donohoe
Dolores M. Donohoe, ESQ.
Attorneys for Defendants
TAMALPAIS UNION HIGH SCHOOL DISTRICT AND BOARD OF TRUSTEES OF TAMALPAIS UNION HIGH SCHOOL DISTRICT, ROBERT FERGUSON, SARAH SCHOENING; ROBERT WALTER, JOHN WRIGHT, SUSAN SCHMIDT, JILL SAMPSON AND RUTH DELL

DATED: 1/22/08

By /s/ Antonio L. C
Antonio L. Cortes
Attorney for Plaintiff

### ORDER

Upon stipulation of counsel, the Court, having read and considered the grounds for the stipulation and good cause appearing,

IT IS ORDERED that the deadline to complete the Early Neutral Evaluation is extended to January 29, 2008.

IT IS SO ORDERED.

DATED: 1/23/2008

IT IS SO ORDERED
/s/ Marilyn H. Patel
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION AND ORDER TO EXTEND DATE TO COMPLETE EARLY NEUTRAL EVALUATION TO JANUARY 29, 2008